# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

February 16, 2022

**BY ECF**

> **REQUEST GRANTED.**
> The Clerk of Court is respectfully directed to return the $500,000 from the bond to Mr. Polevikov so that he can use it to pay the money judgment against him.
>
> 2/16/2022  SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

    We represent the defendant, Sergei Polevikov, in the above-captioned case. We write to respectfully request that the Court modify the terms of Mr. Polevikov's release by reducing the security required for his appearance bond from $1.5 million to $1 million in cash.

    On September 23, 2021, Mr. Polevikov was presented before Magistrate Judge Cott and released on a personal recognizance bond to be secured by $1.5 million in cash or property. Mr. Polevikov subsequently deposited $1.5 million in cash with the Clerk's Office to secure the bond.

    On December 15, 2021, Mr. Polevikov pled guilty, pursuant to a plea agreement, to one count of securities fraud and agreed to pay forfeiture in the amount of $8,564,977, representing proceeds traceable to the commission of the offense. The Court entered a Consent Preliminary Order of Forfeiture requiring that Mr. Polevikov pay the money judgment of $8,564,977 on or before April 1, 2022. ECF No. 17.

    We respectfully request that the Court reduce the security required for Mr. Polevikov's bond from $1.5 million to $1 million, and direct the Clerk of Court to return the $500,000 difference to Mr. Polevikov, so that Mr. Polevikov can use the $500,000 to pay the money judgment against him by April 1, 2022.

    AUSA Kiersten Fletcher has informed us that the government consents to the requested modification.

LANKLER SIFFERT & WOHL LLP

Honorable Lewis J. Liman
February 16, 2022
Page 2

                            Respectfully Submitted,

                            /s/ Michael Gerber
                            Michael Gerber
                            Jeannie Rose Rubin

cc:      Kiersten Fletcher, Esq. (by ECF)