**LANKLER SIFFERT & WOHL LLP**
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

May 4, 2022

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

    We represent the defendant, Sergei Polevikov, in the above-captioned case.

    As the Court is aware, the Securities and Exchange Commission filed a parallel action against Mr. Polevikov. In that action, Mr. Polevikov has consented to injunctive relief, and the Commission is considering whether to seek monetary relief. We write to respectfully request the Court's permission to provide the Commission with portions of the Presentence Investigation Report for the purpose of assessing Mr. Polevikov's financial circumstances.

    AUSA Kiersten Fletcher has informed us that the government does not object to this request.

                                              Respectfully Submitted,

                                              /s/ Michael Gerber
                                              Michael Gerber
                                              Jeannie Rose Rubin

cc:    Kiersten Fletcher, Esq. (by ECF)