# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

May 4, 2022

**MEMO ENDORSEMENT.**
The defendant asks to disclose portions of the presentence report to the SEC but does not indicate which portions of the report it desires to disclose. The Court will take the matter under consideration. By May 6, 2022, the defendant shall submit a letter to the Court indicating the specific paragraphs it desires to disclose.

5/5/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

We represent the defendant, Sergei Polevikov, in the above-captioned case.

As the Court is aware, the Securities and Exchange Commission filed a parallel action against Mr. Polevikov. In that action, Mr. Polevikov has consented to injunctive relief, and the Commission is considering whether to seek monetary relief. We write to respectfully request the Court's permission to provide the Commission with portions of the Presentence Investigation Report for the purpose of assessing Mr. Polevikov's financial circumstances.

AUSA Kiersten Fletcher has informed us that the government does not object to this request.

Respectfully Submitted,

/s/ Michael Gerber
Michael Gerber
Jeannie Rose Rubin

cc:   Kiersten Fletcher, Esq. (by ECF)