# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX    (212) 764-3701

May 6, 2022

**BY ECF**

Honorable Lewis J. Liman  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

     Re:    *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

     We represent the defendant, Sergei Polevikov, and write in response to the Court's May 5, 2022 Order. (ECF No. 34). We respectfully request permission to disclose paragraphs 65 through 68 of the Presentence Investigation Report to the Securities and Exchange Commission for purposes of the Commission's assessment of the defendant's ability to pay additional monetary penalties.

                                                                             Respectfully Submitted,

                                                                             /s/ Michael Gerber  
                                                                             Michael Gerber  
                                                                             Jeannie Rose Rubin

cc:     Kiersten Fletcher, Esq. (by ECF)