# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

May 6, 2022

**BY ECF**

REQUEST GRANTED.
Permission granted to disclose paragraphs 65-68 of the PSR to the SEC.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 33.

5/9/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

      We represent the defendant, Sergei Polevikov, and write in response to the Court's May 5, 2022 Order.  (ECF No. 34).  We respectfully request permission to disclose paragraphs 65 through 68 of the Presentence Investigation Report to the Securities and Exchange Commission for purposes of the Commission's assessment of the defendant's ability to pay additional monetary penalties.

Respectfully Submitted,

/s/ Michael Gerber
Michael Gerber
Jeannie Rose Rubin

cc:   Kiersten Fletcher, Esq. (by ECF)