# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701

May 19, 2022

**BY ECF**

> REQUEST GRANTED.
> The Court approves the modification to Mr. Polevikov's terms of release to reduce the security required for Mr. Polevikov's bond from $1 million to $500,000 and respectfully directs the Clerk of Court to return the $500,000 difference to Mr. Polevikov.
>
> 5/20/2022  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

    We represent the defendant, Sergei Polevikov, in the above-captioned case. We write to respectfully request that the Court modify the terms of Mr. Polevikov's release by reducing the security required for his appearance bond from $1 million to $500,000 in cash.

    On September 23, 2021, Mr. Polevikov was presented before Magistrate Judge Cott and released on a personal recognizance bond to be secured by $1.5 million in cash or property. Mr. Polevikov subsequently deposited $1.5 million in cash with the Clerk's Office to secure the bond. On February 16, 2022, this Court granted Mr. Polevikov's request to reduce the required security to $1 million to allow Mr. Polevikov to use the returned $500,000 to pay the forfeiture money judgment against him.

    Mr. Polevikov has fully satisfied the $8,564,977 forfeiture money judgment against him. His only remaining financial obligations in connection with this case are a $10,000 fine and $100 special assessment.

    As the Court is aware, Mr. Polevikov has significant tax liabilities. Interest and penalties continue to accrue with respect to those liabilities. We respectfully request that the Court reduce the security required for Mr. Polevikov's bond from $1 million to $500,000 and direct the Clerk of Court to return the $500,000 difference to Mr. Polevikov, so that Mr. Polevikov can use the $500,000 to pay down his tax liability prior to surrendering to the Bureau of Prisons.

    AUSA Kiersten Fletcher has informed us that the government consents to the requested modification.

LANKLER SIFFERT & WOHL LLP

Honorable Lewis J. Liman
May 19, 2022
Page 2

                                                    Respectfully Submitted,

                                                    /s/ Michael Gerber
                                                    Michael Gerber
                                                    Jeannie Rose Rubin

cc:      Kiersten Fletcher, Esq. (by ECF)