# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

June 8, 2022

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> REQUEST GRANTED.
> The Court approves the modification to Mr. Polevikov's terms of release to permit him to travel as proposed.
>
> 6/8/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

We represent the defendant, Sergei Polevikov.

The terms of Mr. Polevikov's release restrict his travel to the Southern and Eastern Districts of New York. We write to respectfully request that the Court modify the terms of Mr. Polevikov's release to permit him to travel to the Northern District of New York on June 26, 2022 to take his daughter to camp and on July 10, 2022 to visit her at camp.

Pretrial Services Officer Francesca Tessier-Miller has advised us that she does not object to this request. In addition, AUSA Kiersten Fletcher has informed us that the government does not object to the requested modification.

Respectfully Submitted,

/s/ Michael Gerber
Michael Gerber
Jeannie Rose Rubin

cc:   Kiersten Fletcher, Esq. (by ECF)