UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.

SERGEI POLEVIKOV,

                Judgment Debtor,

21-CR-00774 (LJL)

**SATISFACTION OF JUDGMENT**

*[Stamp: U.S. DISTRICT COURT FILED JUL 18 2022 S.D. OF N.Y.]*

    Satisfaction is acknowledged between United States of America, judgment creditor, and Sergei Polevikov, judgment debtor, for the fine in the amount of $10,100.00 and the special assessment in the amount of $100.00 amounting in all to the sum of $10,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 26th day of April 2022.

                                    DAMIAN WILLIAMS
                                    United States Attorney

                  By: _____
                         JOHN E. GURA, JR.
                         Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

    On the 8TH day of July, 2022 before me personally came John E. Gura, Jr., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2026