# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

March 13, 2023

**BY ECF**

> REQUEST GRANTED.
> The Pretrial Services Officer is respectfully directed to return Mr. Polevikov's passport to his wife.
>
> 3/13/2023   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

We represent the defendant, Sergei Polevikov. On July 12, 2022, Mr. Polevikov surrendered to the custody of the Bureau of Prisons to serve his 33-month prison sentence.

We understand that Mr. Polevikov's passport remains in the possession of the Pretrial Services Officer who was assigned to his case. We write to respectfully request that the Court order the return of Mr. Polevikov's passport to his wife.

AUSA Kiersten Fletcher has advised us that the government does not object to this request.

Respectfully Submitted,

/s/ Michael Gerber
Michael Gerber
Jeannie Rose Rubin

cc:   Kiersten Fletcher, Esq. (by ECF)