# LANKLER SIFFERT & WOHL LLP

1185 Avenue of the Americas
New York, N.Y. 10036
+1.212.921.8399 | www.lswlaw.com

April 3, 2025

BY ECF

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> REQUEST GRANTED.
> The Court approves the modification to the conditions of Mr. Pelvikov's supervised release to allow him to travel as proposed.
>
> 4/4/2025  SO ORDERED.
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

    We represented the defendant, Sergei Polevikov, in the above-referenced case, in which this Court sentenced Mr. Polevikov to 33 months of imprisonment, followed by two years of supervised release; forfeiture of $8,564,977; a $10,000 fine; and a $100 special assessment. Mr. Polevikov has completed his prison term and satisfied the forfeiture, fine, and special assessment. He is approximately thirteen months into his supervised release term.

    We write to respectfully request the Court's permission for Mr. Polevikov to visit his family in Europe. The conditions of Mr. Polevikov's supervised release include that he "must not knowingly leave the federal judicial district where [he is] authorized to reside without first getting permission from the court or the probation officer." ECF No. 30 at 4.

    As the Court may recall, Mr. Polevikov and his family were political dissidents in their native Belarus. Mr. Polevikov is a naturalized U.S. citizen, and his parents and brother are refugees in Lithuania and Poland. As a result of the COVID-19 pandemic and Mr. Polevikov's arrest and prosecution, he has not seen his parents, brother, and other family members for over five years. We respectfully request the Court's permission for Mr. Polevikov to travel from May 26, 2025 to June 25, 2025, to visit his mother in Warsaw, Poland, and his father, brother, niece, and nephew in Vilnius, Lithuania.

    Supervisory U.S. Probation Officer Lisa Famularo has advised us that she consents to this request.

LANKLER SIFFERT & WOHL LLP

Honorable Lewis J. Liman
April 3, 2025
Page 2

                                                    Respectfully submitted,

                                                    /s/ Jeannie Rose Rubin
                                                    Jeannie Rose Rubin

cc:      Probation Officer Lisa Famularo (by email)