# LANKLER SIFFERT & WOHL LLP

1185 Avenue of the Americas
New York, N.Y. 10036
+1.212.921.8399 | www.lswlaw.com

September 15, 2025

BY ECF

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**REQUEST GRANTED.**
Bail modified to remove the restriction of Mr. Polevikov's ability to travel. ECF No. 30. Mr. Polevikov shall inform Probation when he travels and when he returns home.

9/16/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Sergei Polevikov*, 21 Cr. 774

Dear Judge Liman:

We represented the defendant, Sergei Polevikov, in the above-referenced case, in which this Court sentenced Mr. Polevikov to 33 months of imprisonment, followed by two years of supervised release; forfeiture of $8,564,977; a $10,000 fine; and a $100 special assessment. Mr. Polevikov has completed his prison term, satisfied all financial elements of his sentence, and served 18 months of his two-year term of supervised release. He has fully complied with the terms of his supervised release.

We write to respectfully request that the Court modify the conditions of Mr. Polevikov's supervised release by removing the current restriction on his ability to travel. Specifically, we respectfully request that the Court remove the condition that Mr. Polevikov "must not knowingly leave the federal judicial district where [he is] authorized to reside without first getting permission from the court or the probation officer," ECF No. 30 at 4, relieve Mr. Polevikov of any reporting requirements while he is out of the country, and instead simply require that Mr. Polevikov inform his Probation Officer when he travels and when he returns home. The purpose of the requested modification is to permit Mr. Polevikov flexibility to travel to Lithuania to help his parents, whose health is declining, and to travel for professional purposes.

The Probation Department[1] and the United States Attorney's Office[2] do not object to the requested modification.

---

[1] Because Mr. Polevikov lives with his family on Long Island, he is supervised by the Probation Department for the Eastern District of New York. His supervising Probation Officer has advised us that the Probation Department does not object to this request.

[2] While the AUSA who previously handled this case has since entered private practice, I am advised by a current AUSA who serves as co-chief of the Securities Unit of the SDNY U.S. Attorney's Office that the government consents to this request.

LANKLER SIFFERT & WOHL LLP

Honorable Lewis J. Liman
September 15, 2025
Page 2

  As the Court may recall, Mr. Polevikov and his family were political dissidents in their native Belarus. Mr. Polevikov is a naturalized U.S. citizen, and his parents are refugees in Lithuania. Earlier this year, this Court granted Mr. Polevikov's request to travel to Lithuania and Poland to visit his family. Dkt. 45. In the last few months, Mr. Polevikov's father's health has declined significantly, and he now struggles to walk. Mr. Polevikov's mother requires surgery in September or October, and his father is unable to care for her.

  Mr. Polevikov would like to travel to Lithuania as soon as possible to help care for his parents. Given the uncertainty of his parents' health, we respectfully submit that the requested modification of the conditions of his supervised release, which would permit Mr. Polevikov to travel freely (including internationally) without preapproval of the Court or Probation, is necessary and appropriate to provide Mr. Polevikov flexibility to stay with his parents for extended periods and/or make future trips on short notice when needed. The requested modification also would avoid the burden on Probation and this Court of evaluating future travel requests.

  In addition, the requested modification would advance the purposes of supervised release by facilitating Mr. Polvikov's professional development and public service. Since July 2023, Mr. Polevikov has maintained employment as a technology consultant at Jefferson Physician Group. He has expertise and deep interest in artificial intelligence (AI), and specifically the benefits it can provide in the healthcare field. He has been invited to speak on this topic at a number of events, including an upcoming Health AI Summit in Albuquerque, NM on October 28, 2025, and a lecture series at European Humanities University in Vilnius, Lithuania in October-November 2025. In addition, in June 2025, Mr. Polevikov was elected to the board of Health2Tech, a nonprofit organization that organizes digital health and healthcare AI events in the U.S. and internationally, including events in Europe this Fall. The organization has invited Mr. Polevikov to speak at an event in Berlin on September 25, 2025 about the organization's mission of facilitating the use of technology to improve global healthcare outcomes. The current travel restriction makes it more difficult for Mr. Polevikov to participate in such events, which are important to his professional development and also serve the public. In that respect, the travel restriction "run[s] counter to the rehabilitative purposes of supervised release." *United States v. Witcher*, 17 Cr. 569 (S.D.N.Y. Apr. 12, 2021), Dkt. 269, at 4 (terminating supervised release because it created obstacles to defendant's employment prospects). *See also United States v. Boyd*, No. 13 Cr. 0890 (LAP), 2025 WL 1865164, at *3 (S.D.N.Y. July 7, 2025) (terminating supervised release that prohibited defendant's professional growth); *United States v. Sam*, No. 16 Cr. 184 (JGK), 2018 WL 836055, at *1 (S.D.N.Y. Feb. 12, 2018) (terminating defendant's supervised release because it interfered with her ability to associate with and help other women on supervised release); *United States v. Harris*, 689 F. Supp. 2d 692, 695-96 (S.D.N.Y. 2010) (terminating defendant's supervised release to remove obstacles to his professional advancement and "make straight his path to rehabilitation and redemption").

LANKLER SIFFERT & WOHL LLP

Honorable Lewis J. Liman
September 15, 2025
Page 3

    Thank you for your consideration.

    Respectfully submitted,

    <u>/s/ Jeannie Rose Rubin</u>
    Jeannie Rose Rubin

cc:    AUSA Andrew Thomas (by email)
        Probation Officer Charnice Perez (by email)
        Probation Officer Adrianna Ruiz (by email)